UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | CAUSE NO. 3:07-CR-76 (1)RM |
| ) | |
| CRYSTAL KRUPER ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 5, 2007 [Doc. No. 21]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Crystal Kruper's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  November 28, 2007

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court